# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TERILYNN LEVANDUSKI,** : | |
| Petitioner : | |
| : | No. 1:17-cv-01341 |
| v. : | |
| : | (Judge Rambo) |
| **ROBERT SMITH, et al.,** : | |
| Respondent : | |

## ORDER

**AND NOW**, this 17th day of January 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. TeriLynn Levanduski's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DENIED**;

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c); and

3. The Clerk of Court is directed to **CLOSE** this case.

                               s/Sylvia H. Rambo
                               SYLVIA H. RAMBO
                               United States District Judge